UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA J. TRUEBLOOD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OFFICER SGT. CAPPOLA, *et al.*,<br><br>　　　　　Defendants. | NO. 3:19-cv-05816-RAJ-JRC<br><br>[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**.

Defendants' motion for summary judgment (Dkt. 63) is granted in part. Claims against defendants Jennings and DeLeon are dismissed with prejudice. Claims against defendant Cappola survive.

The undersigned also directs that *pro bono* counsel be appointed for plaintiff for the reasons set forth in the Report and Recommendation. The matter is re-referred to Magistrate Judge Creatura, who shall take appropriate action to locate and appoint *pro bono* counsel to represent plaintiff in this matter.

A copy of this Order shall be sent to plaintiff and to Judge Creatura.

Dated this 23rd day of April, 2021.

The Honorable Richard A. Jones
United States District Judge