UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA J. TRUEBLOOD,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER SGT. CAPPOLA,<br><br>    Defendant. | CASE NO. 3:19-cv-05816-RAJ-JRC<br><br>~~(PROPOSED)~~ ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The case is dismissed without prejudice and the case shall be closed.

Dated this 11th day of January. 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

- 1